United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-15134-ref
James S. Pawlowski                                                  Chapter 13
AnnRuth Pawlowski
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Sep 14, 2018
                              Form ID: 138NEW         Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
```
db/jdb         +James S. Pawlowski,    AnnRuth Pawlowski,   3816 Clover Circle,   Schnecksville, PA 18078-2144
smg            +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr             +Ditech Financial LLC,    Timothy D. Padgett, P.A,   6267 Old Water Oak Rd.,   Suite 203,
                 Tallahassee, FL 32312-3858
13568825       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington TX 76096)
13579246       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14185197       +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esq.,   701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13654139       +Green Tree Servicing, LLC,    c/o Mario J. Hanyon, Esq.,   1617 JFK Boulevard, Suite 1400,
                 1 Penn Center Plaza,   Philadelphia, PA 19103-1823
13783150       +Kevin K. Kercher, Esquire,    881 Third Street, Suite #C-2,   Whitehall, PA 18052-5930
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:50
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 03:00:07
                 PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
13569795        E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2018 02:57:07     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
13582980       +E-mail/Text: bncmail@w-legal.com Sep 15 2018 02:58:14     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13573481        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2018 03:00:39
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13568216        E-mail/Text: mrdiscen@discover.com Sep 15 2018 02:57:08     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13574249        E-mail/Text: bankruptcy.bnc@ditech.com Sep 15 2018 02:57:16     Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
13574250       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 15 2018 02:57:16     Green Tree Servicing LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,   Telephone 60055-0049
13611561        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 03:00:41
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13722833        E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2018 02:57:22
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13582981       +E-mail/Text: bncmail@w-legal.com Sep 15 2018 02:58:14     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13994778*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                   Date Rcvd: Sep 14, 2018
                              Form ID: 138NEW             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing, LLC
               etal paeb@fedphe.com
              KEVIN K. KERCHER    on behalf of Joint Debtor AnnRuth  Pawlowski kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor James S. Pawlowski kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor   Green Tree Servicing LLC, et. al. paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing LLC, et. al.
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing, LLC
               etal bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James S. Pawlowski and AnnRuth Pawlowski

        Debtor(s)

Bankruptcy No: 15−15134−ref

Chapter: 13

___

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 9/14/18

39 − 38
Form 138_new