Certificate Number: 02998-PAE-DE-031645712

Bankruptcy Case Number: 15-15134



02998-PAE-DE-031645712

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 19, 2018</u>, at <u>9:31</u> o'clock <u>PM EDT</u>, <u>James Pawlowski</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 20, 2018</u>            By:    <u>/s/Terri Everett</u>

                                         Name:  <u>Terri Everett</u>

                                         Title:  <u>Counselor</u>